■ ROBERT BERNSTEIN et al., Respondents, v. BOARD OF APPEALS, VILLAGE OF MATINECOCK, Appellant.— Motion by respondents to dismiss appeal on the ground appellant failed to take the appeal within the statutory 30-day limit (CPLR 5513, subd. [a]). Motion granted (*Matter of Stern Bros.* [*Livingston*], 2 A D 2d 553, 556–557, affd. 3 N Y 2d 964; *People ex rel. Manhattan Storage & Warehouse Co.* v. *Lilly*, 299 N. Y. 281, 285; *D.P.C. of North Shore* v. *Myrtle Mattress & Clothing Co.*, 24 A D 2d 722; cf. *Johnson* v. *Anderson*, 15 N Y 2d 925); appeal dismissed, with $10 costs. Christ, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of DUTCHESS COUNTY AVIATION, INC., Appellant, v. BOARD OF SUPERVISORS OF THE COUNTY OF DUTCHESS et al., Respondents.— Motion by appellant to enlarge times fixed in the order of the Supreme Court, Dutchess County, dated October 26, 1966, for service of the complaint and the answer, etc., disposed of as follows: On the court's own motion, its decision (31 A D 2d 545) dated November 18, 1968, for affirmance of said order, is amended by adding a direction that appellant's time to serve its complaint is extended to January 31, 1969, and respondents' time to answer or move with respect to the complaint is extended to 10 days after service of the complaint; and order of this court dated November 18, 1968 is amended accordingly. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.

■ In the Matter of COUNTY OF DUTCHESS, Respondent, v. DUTCHESS COUNTY AVIATION, INC., Appellant.— Motion by appellant (1) for a direction that the trial shall be limited to the triable issues specified in this court's decision (31 A D 2d 545) dated November 18, 1968 and (2) to permit either party to move at Special Term at any time after January 15, 1969 for the fixing of a trial date. Cross motion by respondent (1) to strike appellant's demand for a jury trial, (2) to declare that CPLR 2218 has no application to the trial and (3) to direct that the trial be conducted pursuant to article 4 of the CPLR. Motion and cross motion denied in all respects. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.

■ THOMAS BOURDONNAY et al., Respondents-Appellants, v. GENERAL MOTORS CORP. et al., Respondents, and VAIL MOTOR CORP., Appellant.— Judgment of the Supreme Court, Kings County, entered April 26, 1968, affirmed, with costs to plaintiffs against defendant Vail Motor Corp. Appellant Vail Motor Corp. was not aggrieved by and has no standing to complain of an erroneous charge favorable to a codefendant and adverse to plaintiffs (cf. *Helou* v. *Nationwide Mut. Ins. Co.*, 25 A D 2d 179; *Petroff* v. *Brzezinski*, 24 A D 2d 1072, 1073). Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur.